DRIGGS, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. May 1, 1902.) Action by Edmund F. Driggs against the city of New York.

PER CURIAM. There being no appeal by the defendant, the question whether or not, under section 308 of the Code of Criminal Procedure, the limit of $500 is intended to in-

clude all allowances for incidental expenses, etc., is not before the court. Judgment affirmed, with costs.